**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BEAZER EAST, INC., | ) | Civil Action No. 91-0408 |
| | ) | |
| Plaintiff, | ) | JUDGE GUSTAVE DIAMOND |
| | ) | |
| v. | ) | |
| | ) | |
| THE MEAD CORPORATION, | ) | |
| | ) | |
| Defendant, | ) | |
| v. | ) | |
| | ) | |
| KOPPERS INDUSTRIES, INC., | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

---

**THE MEAD CORPORATION'S MOTION TO CERTIFY ORDER FOR INTERLOCUTORY REVIEW**

---

The Mead Corporation ("Mead") respectfully requests that the Court certify its MEMORANDUM AND ORDER OF COURT dated July 13, 2006 pursuant to 28 U.S.C. §1292(b), and stay all further proceedings pending appeal.[1] Interlocutory review is warranted to resolve the dispositive legal issue of whether the Supreme Court's intervening decision in *Cooper Industries, Inc. v. Aviall Services, Inc.*, 543 U.S. 157 (2004), applies to bar Beazer's sole remaining claim on the undisputed facts. As detailed in the attached BRIEF IN SUPPORT, the three factors justifying certification are present, and interlocutory appellate review may obviate the need to pursue comprehensive additional discovery, substantial expert witness activities and a lengthy, multi-week trial. See *Katz v. Carte Blanche Corp.*, 496 F.2d 747, 754 (3d Cir. 1974).

---

[1] The Order expressly provides that Mead may "file a motion for interlocutory appeal and brief in support thereof with this Court no later than ten days following the date of this order" (*i.e.*, by July 27, 2006).

Respectfully submitted,

/s/ Van Carson

Van Carson, Esq. (OH Sup. Ct. #0001324)
Dale E. Stephenson, Esq. (OH Sup. Ct. #0020688)
William V. Shaklee, Esq. (OH Sup. Ct. #0075507)
SQUIRE, SANDERS & DEMPSEY L.L.P.
4900 Key Tower, 127 Public Square
Cleveland, Ohio 44114-1304
(216) 479-8500

/s/ David E. White

David E. White, Esq.
THORP, REED & ARMSTRONG
One Oxford Center, 14th Floor
Pittsburgh, Pennsylvania 15219
(412) 394-2343

Attorneys for The Mead Corporation

**CERTIFICATE OF SERVICE**

Copies of the foregoing THE MEAD CORPORATION'S MOTION TO CERTIFY ORDER FOR INTERLOCUTORY REVIEW was served on this 27th day of July, 2006 using the CM/ECF system which will send notification of such filing to the following:

Mark D. Shepard, Esq.
D. Matthew Jameson III, Esq.
K. Mark Hall, Esq.
Melissa L. Evans, Esq.
BABST, CALLAND, CLEMENTS & ZOMNIR, P.C.
Two Gateway Center, Eighth Floor
Pittsburgh, Pennsylvania 15222

I hereby certify that I have mailed by United States Postal Service copies of the foregoing THE MEAD CORPORATION'S MOTION TO CERTIFY ORDER FOR INTERLOCUTORY REVIEW to the following non-CM/ECF participants:

Jill M. Blundon, Esq.
BEAZER EAST, INC.
One Oxford Center, Suite 3000
Pittsburgh, Pennsylvania 15219

Counsel for Beazer East, Inc.

John E. Frey, Esq.
WILDMAN, HARROLD, ALLEN & DIXON
225 West Wacker Drive, 30th Floor
Chicago, Illinois 60606-1225

Counsel for Koppers Industries, Inc.

/s/ David E. White
One of the Attorneys for
The Mead Corporation