IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEAZER EAST, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 91-408 |
| THE MEAD CORPORATION, | ) |
| Defendant, | ) |
| v. | ) |
| KOPPERS INDUSTRIES, INC., | ) |
| Third-Party Defendant. | ) |

ORDER OF COURT

AND NOW, this 15-th day of December, 2011, upon due consideration of the request for a status conference filed by plaintiff Beazer East, Inc. (Document No. 471) and defendant Mead Corporation's Response thereto (Document No. 472), IT IS ORDERED that a status conference concerning be, and the same hereby is, scheduled before this member of the court for **Monday, January 23, 2011**, at **10:00 a.m.** in Courtroom 8B, 8th Floor, United States Post Office & Courthouse, Pittsburgh, PA. The parties should be prepared to discuss the issue raised in plaintiff's motion as well as their positions regarding settlement and/or mediation. The parties shall have their clients present at the conference or immediately available for consultation.

Gustave Diamond
United States District Judge

cc: Stephen A. Antonelli, Esq.
D. Matthew Jameson III, Esq.
Timothy C. Wolfson, Esq.
Babst, Calland, Clements & Zomnir, P.C.
Two Gateway Center, Eighth Floor
Pittsburgh, PA 15222

Allen A. Kacenjar, Esq.
James Van Carson, Esq.
Whitney A. Todd, Esq.
Squire, Sanders & Dempsey, L.L.P.
127 Public Square
4900 Key Tower
Cleveland, OH 44114

AO 72
(Rev. 8/82)