IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEAZER EAST, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 91-408 |
| ) | |
| THE MEAD CORPORATION, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| v. ) | |
| ) | |
| KOPPERS INDUSTRIES, INC., ) | |
| ) | |
| Third-Party ) | |
| Defendant. ) | |

ORDER OF COURT

AND NOW, this 24th day of January, 2012, pursuant to the status conference held this day, IT IS ORDERED that plaintiff shall file a brief on the issue regarding the continued validity of documents filed prior to the May 1997 equitable allocation hearing and, in particular, the parties' joint stipulations, no later than **February 6, 2012**, and defendant shall file a brief in response no later than **February 20, 2012**. All other deadlines set forth in this court's case management order dated November 15, 2011, shall remain in effect; and,

IT FURTHER IS ORDERED that a settlement conference be, and the same hereby is, scheduled before this member of the court for **Monday, March 12, 2012,** at **10:00 a.m.** in Courtroom 8B, 8th Floor, United States Post Office & Courthouse, Pittsburgh, PA. Counsel for the parties shall have a representative of their clients with settlement authority present at the conference. The parties shall meet in the interim to negotiate settlement and shall report to the court no later than February 13, 2012, with an update on their progress.

                                               */s/ Gustave Diamond*
                                               Gustave Diamond
                                               United States District Judge

cc: D. Matthew Jameson III, Esq.
    Timothy C. Wolfson, Esq.
    Stephen A. Antonelli, Esq.
    Babst, Calland, Clements & Zomnir, P.C.
    Two Gateway Center, Eighth Floor
    Pittsburgh, PA 15222

    Allen A. Kacenjar, Esq.
    James Van Carson, Esq.
    Whitney A. Todd, Esq.
    Squire, Sanders & Dempsey, L.L.P.
    127 Public Square
    4900 Key Tower
    Cleveland, OH 44114

AO 72
(Rev. 8/82)